UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CHARLES S., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:24-cv-00088-MJD-JPH |
| | ) |
| MARTIN J. O'MALLEY Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

The Court having granted the parties' agreed motion to remand, the Court hereby enters **JUDGMENT** in favor of the Plaintiff and **REVERSES AND REMANDS** this matter to the Agency for further administrative proceedings as authorized by the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED.

Dated: 29 AUG 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.